IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ALTHEA L. WATKINS, | ) | Case No. 8:17-CV-00463 |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | **ORDER TO DISMISS WITH PREJUDICE** |
| WAL-MART STORES, INC., | ) | |
| Defendant. | ) | |

This matter comes before the Court upon the Plaintiff's Motion to Dismiss with Prejudice (Filing No. 22). The parties involved have resolved their issues. The Court finds that the Motion to Dismiss should be granted.

IT IS THEREFORE ORDERED, that this action is hereby dismissed with prejudice.

Dated this 13th day of May 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge